# Exhibit 1

# PREGAME
# *Advantage*

**IHSA**

## NO GAME OF THE WEAK

### Are You Ready to Be in the Spotlight?

G etting the big game — a state playoff contest, a showdown between traditional rivals or a game to decide a conference championship — is the goal of many officials. Chances are good the contest will be televised, broadcast on the radio or covered by scores of print reporters. The pressure will be ramped up. What does all of that mean to you? Are you prepared to handle the extra attention?

On game day, you'll likely sense a different atmosphere when you drive into town or arrive at the site. In fact, you may want to plan your arrival earlier than normal to avoid traffic near the school or facility.

There will be a sort of electricity in the air when you take the field or court. Soak it in and enjoy it; after



Wherever there is a sporting event, there will be still photographers, videographers and anyone with a cellphone to capture the action. That includes the officials. When a championship is on the line, the interest is magnified. Although your officiating shouldn't change, you can't simply ignore the extra attention. Karen Free, Robinson, Ill.

COURTESY OF IHSA

## IHSA NEWS & NOTES

- Registration for 2022-23 runs May 1 – June 30
- $70 for one sport
- $20 for a second sport
- $15 per sport after that
- IHSA Officials Conference: July 8 & 9 @ Normal West High School
- Sign up through the Officials Center

**REFEREE / NASO**

CREATED IN PARTNERSHIP WITH REFEREE MAGAZINE & THE NATIONAL ASSOCIATION OF SPORTS OFFICIALS

Case: 1:26-cv-07209 Document #: 1-1 Filed: 06/18/26 Page 3 of 11 PageID #:27

all, you've worked hard to get the assignment. But your pregame preparations and routine should remain the same. Although you may feel a bit anxious beforehand, you'll want to work the game as if it were a run-of-the-mill contest. That attitude begins before the game.

The crew should conduct a thorough pregame meeting. Discuss how, as a crew, you are going to have a consistent approach to officiating philosophy and mechanics during the game. No game needs multiple officials doing their own thing, under the guise that each one is experienced and it is therefore OK. You are a crew. You need to handle rulings and situations consistently so that the players and coaches know what to expect from all the officials.

Keep the pregame centered on the teams playing in that contest. Chances are a seasoned crew has already seen one or both of the teams, either that year or during a recent season. Use that institutional knowledge to your benefit to discuss strategic tendencies, whether they are extremely aggressive or more methodical, whether the coaches are going to be a constant issue or are simply going to allow you to work.

If pregame meetings with coaches are required, cover everything required by the rules of your sport but keep the meeting as brief as possible. Forget clichés such as, "We want a good, clean game." Sidestep any suggestions from the coaches that you need to be especially vigilant. Avoid a response such as, "Coach, this is just another game to us," which implies a casual attitude to your job. A better response would be something like, "Coach, the best teams are here, including the officials. Let's all go out and have a great game."

Once the game begins, don't fall into the trap of playing to the camera. Give your signals crisply but don't exaggerate them. Avoid false hustle. If the increased pace is better, why aren't you using it all of the time?

The bigger the game, the more people will try to capture the action visually. That means photographers or TV camera operators will try to position themselves closer to the field or court. Be as cooperative with them as you can while remembering the safety of players and officials (and the media as well for that matter) is paramount. If you need help from game management to establish boundaries for the media, do so.

Remember that there may be microphones near the playing surface. You don't want to say something unprofessional when dealing with sideline personnel, players and crewmates. If you are wearing a microphone as part of your duties, consider that it is live all of the time. When you do activate it, know what you're going to say beforehand so you sound confident and measured. Also, be sure you're away from players, who may spew unpleasantries.

If a controversial play occurs during the game, the press may approach you for a clarification or comment. If a conference supervisor or similar official is on site, refer the reporters to that person. If not, you're better off declining comment. Reporters, especially those on tight deadlines, often don't have time to get the sort of detailed explanation an unusual or controversial play requires. Sadly, some even have an agenda to make the officials look as bad as possible and can take your words out of context to cast you in a negative light. Even live TV has its pitfalls. Avoid them by leaving the comments for someone else.

When possible, get a copy of the telecast. Because television usually offers multiple camera angles, the tape is a great learning tool. Beyond that, it's a great keepsake and a reminder of the fruits of your labor. ■

# GAME OVER? THERE'S MORE TO BE DONE

The clock has hit triple zeros. The last out has been made. The winning point has been scored. The game is over. However, your duties and responsibilities as an official are far from complete. Just as officials should have a good plan for before the game, they should also have one for afterward.

**1. Follow the rules.** Any rule-required duties must be addressed. For example, basketball officials are required to verify the final score. While most officials do that with a nod and a wave since they've checked the book during a late timeout, it still has to be done.

**2. Leave together.** In all likelihood, you entered the field or court together and that's how you should leave it. No official should linger for any length of time after the game is over. Making yourself available for compliments from the coaches is unseemly. By the same token, no official should sprint off the field or court so quickly that he or she leaves a partner behind. That is especially true if there is any possibility of an official being





For the first time in more than two years, all levels of the officiating industry will meet in person to share ideas, discuss pressing issues, and develop real solutions.

Make plans to come to Denver, Colo., for the 2022 Sports Officiating Summit. Leaders from all sports and all levels of competition – along with representatives from national governing bodies, state associations, college conferences, rules-making bodies, and local officiating groups – will all be in attendance.

If you care about the future of officiating, then you should be in Denver July 31 through August 2!

## REGISTRATION IS NOW OPEN!

TO LEARN MORE GO TO

# SPORTSOFFICIATINGSUMMIT.COM

confronted by a player, coach or fan.

**3. Items that require reports.** If the game had an ejection or other incident that requires a report be filed, the officiating crew should discuss the situations and any incidents that happened before or after that were directly related to that event. All officials should be in agreement as to what will be included on the report. In general, the official who had the ejection should be the one to write and submit the report. However, he or she should not actually turn it in until it has been read by others in the crew.

**4. Crew evaluation.** Upon reaching the locker room or parking lot, the most senior official on the crew should initiate the discussion and be the one to admit mistakes first. That will open the discussion for newer officials to feel less threatened for admitting mistakes.

Officials should never begin the discussion by asking, "Did you see anything?" and being satisfied with no response. A better question to ask might be, "Was there anything out there today that you saw that I could have done better or that you didn't understand?" Among the topics to think about: judgment plays, rule interpretations, proper positioning, crew mechanics and situation management.

**5. Departure.** Once all discussion is completed and officials have showered and cleaned up, everyone should leave the school or stadium at the same time. Be sure each official's car starts and that all cars are moving.

**6. Postgame refreshments.** If you decide you're going to grab a meal or some beverages after the game, think about putting some distance between that emporium and the game site. Most important, be sure not to pick a place you know is a favorite gathering place for fans of either team. You may think you're not recognizable out of uniform, but you have more of a celebrity status than you think. Don't take the chance of inviting a confrontation or a debate with fans. ■

# OFFICIATE WITH CAPITAL EYES

When communicating with partners, players or coaches, good eye contact is an effective officiating tool, one that can prevent a small issue from becoming a big problem.

It's necessary that each official knows where the other or others will be on the field or court. Making eye contact with a crewmate, perhaps along with a hand gesture, can serve as a reminder that, "The infield fly rule is in force," or "I'm ready for the restart."

Eye contact is critical on those bang-bang plays when two officials are in the vicinity. Make eye contact with your partner so you're both on the same page on a call and avoid an opposite call.

If you're reporting a score, foul or other information to table personnel, be sure to catch the eye of the official scorer. That is especially important late in games, when timeouts are precious and confirming the value of points scored is crucial.

If you and the scorer have made eye contact, there's less likelihood that the wrong player will accidentally be charged with a foul or penalty or be awarded points. Some scorers may even help you by mirroring your signal of the number of the player who committed the infraction.

Making eye contact might be particularly necessary at lower levels, where scorers and timers may have little or no experience. In youth or lower level games, scorers are sometimes adults whose kids are participating, or youngsters who can't seem to give up texting while the game is in progress. But it's no less important elsewhere.

There are situations in which the foul could have been called on one of two players. Then it is even more important to convey the proper information.

If you're holding a conference with your partner or partners, make eye contact with each one of them individually. It's important to interact with the rookie back judge the same way you do with the umpire you've worked with every week for the past eight years. Nothing builds a young official's confidence more than being treated as an equal by veterans.

Sometimes you can detect that "deer in the headlights" expression that lets you know the official needs time to process what has just occurred.

Communicate, don't dictate. If a coach or player wants to ask you about a play or a rule interpretation, look him or her in the eye. Avoiding eye contact creates the impression that you're unsure of yourself or your decision.

Don't glare at coaches as you would an undesirable intruder or look past them as if they don't exist. Adopt the same expression and demeanor you would if the two of you were conversing in a business meeting. That is especially important if the game is televised. The moment you grimace or your face conveys a negative emotion, you can bet the camera will be on you.

If it's necessary to penalize or eject the coach, your facial expression shouldn't change. Don't give a look that implies you're enjoying yourself.

Eye contact may seem like a minor point. But done properly, it conveys a message of competence and professionalism that will enhance your game management skills. ■



Case: 1:26-cv-07209 Document #: 1-1 Filed: 06/18/26 Page 6 of 11 PageID #:20



Strong mechanics, rules knowledge and good judgment are all in favor of umpire Derek Lee, Woodstock, Ill. But none of that matters unless assigners know who he is. Getting your name in front of assigners the right way is crucial to your career.

COURTESY OF IHSA (DEREK LEE WOODSTOCK, IL)

# NOT-SO-SECRET AGENT

## The Right Ways to Promote Yourself to Assigners

At a referee development camp, the camp director began with a single question: "Who is your agent?"

After a period of silence that seemed to last forever, he answered his own question with one word: "You."

As odd as it may seem, you are your own agent. You are not like professional athletes whose agent makes or negotiates many decisions for them. It is your responsibility to create your own schedule, be in demand and prove that you can do the job. You are responsible for the number and level of games you work. In fact, if you want to become successful as an official, it is crucial to understand that you are responsible for almost everything that happens to you.

However, as the late philosopher Jim Rohn once said, "When you're playing the game, it's hard to think of everything." You need some help. Maybe you need a mentor, or maybe you just need someone in your corner to get your foot in the door. That is where the assigner comes into play.

Two roles. One of the interesting things about sports officials is that we have the dual role of athlete and agent. On one hand, we are responsible for performing at our

# REFEREE MAGAZINE

THE TRUSTED VOICE FOR SPORTS OFFICIALS SINCE 1976

ENJOY 12 ISSUES FREE

*For Officials, By Officials*

## SUBSCRIBE TODAY
**REFEREE.COM/HIGHSCHOOL**
OR CALL 800-733-6100

### EVERY ISSUE INCLUDES
RULES // MECHANICS
CASEPLAYS // NEWS
QUIZZES // FEATURES
ANALYSIS

*Only* **$29.95**



For a Limited Time **BUY 1 YEAR – GET 1 YEAR FREE** *Act Fast*

very best each and every game we work. On the other hand, we must also make sure that we have games to work in the first place. Having a solid relationship with your assigner is perhaps one of the best things you can do to advance your officiating career. It can ensure that you are always in demand.

The main reason for having a great official-assigner relationship is simple and obvious: You want to work bigger, better games — and more of them. It won't happen overnight. But with diligence, patience and hard work, you can get there.

Officials are considered to be "free agents." You can only eat what you kill. In the entrepreneurial world, we say that increasing your rewards — in the case of officiating, that is your game count — starts with increasing your value. The more valuable you become as an official, the more games you work, the better games you work and the more satisfied you will be knowing that you are very good at what you do.

What are some ways you can make yourself more valuable to your assigner?

Hard, hard work. I know it's cliché, but it's true. Hard work will get you noticed not only by assigners, but by coaches and other officials. You make yourself desirable as someone other officials want to work with and that assigners want to hire. Simply put, if you are not seen as a hard worker, it will be harder for you to convince your assigner that you are willing to work bigger and better games.

Assigners are not in the business of gambling. Their jobs depend on the quality of officials they send to games. They want to know that the crew they put out on the court or field will get the job done.

Coaches do take notice of hard-working officials, and they may actually tell assigners what a good job you did. That will definitely separate

you from the officials who get little to no positive feedback at all.

Work with the rookie. Assigners are always looking for more experienced officials to work with new officials. You can make your assigner's job so much easier — and enhance your schedule — by offering to work games with a rookie or a less experienced official. Veteran officials are accustomed to working with other veterans. We all like working with people we already know. But if you work with someone new to you, you may find you've found another official you trust and with whom you feel comfortable working.

Take the game nobody wants. That might mean doing the Sunday morning game, the game on what was supposed to be on your night off, or the one between cellar-dwellers that won't show up on the 10 p.m. news.

Our local association has the "Fireman Award" for the official who accepts the most last-minute game turnbacks. Making your assigner's job easier will increase your value as an official tremendously.

Keep up your availability. Keep your schedule up to date on a regular basis. Turn in all your paperwork on time. When you accept a game, keep it. One of the easiest ways to annoy your assigner is to constantly decline games they offer you because you fail to block your schedule. If you are constantly wondering why you

aren't getting games, that may be the reason why.

One of the logistics coordinators for our development program loves to use the term "low maintenance." That means keeping things simple: Review your schedule regularly, accept games that are offered and move on. Be low maintenance, and the rest will seem to take care of itself.

Network at local meetings. Introduce yourself to the assigners. Talk to the officials who work at the level you want to work. Demonstrate to them that you are willing to work hard and are open to learning from each game you officiate. Don't be pushy with them, but show them you are ambitious and ready for whatever game you accept.

And finally, remember that the bridge between you and your games is your assigner. Treat him or her with the same courtesy you would treat your family members. According to Dale Carnegie's book *How to Win Friends and Influence People*, 85 percent of success or failure in any field comes from communication and dealing with other people.

Understanding that one principle will propel you forward more than you can imagine, no matter what you do in life — because you are your own agent in officiating and in life. ■

# QUICK TIP

**Compliment your partners in front of others.** Think about it when you're on the field or court. If your partner has just made a big block/ charge call, offer a comment like, "Great call, Mary." Or you might try, "Absolutely a hold. Nice job, Steve." The players and coaches will hear you and that reaffirmation will not only make your partner feel like a million bucks, it will help to quiet any possible opposition. There's strength in numbers and making the compliment public will increase its value and derail any discourse.





**NIMA GHARAVI**
Chicago, IL

# OFFICIALS TIMEOUT

**What sports do you officiate?**
Wrestling (4 years).

**What are some major reasons why you officiate?**
I officiate out of a combination of passion for the sport and its participants. Wrestling is special in that it is one of the only sports where your successes and your failures are your own and no one else's —and that attracts a uniquely inspiring caliber of individual.

**How did you get started? Who gave you guidance early in your career to help keep you going?**
Without the annual IHSA Officials Conference, I'm not sure I would be officiating right now. Because I lacked experience, I had convinced myself that I would be laughed out of the room if I inquired about becoming an official. Beginning with my sheepish initial email, through that awkward moment when I walked into the conference knowing absolutely nobody, I was proven wrong at every turn. The officiating community is one of the warmest and most welcoming that I have ever come across. If I had

to summarize it in one sentence: I came for the adrenaline; I stayed for the family.

**What memories do you have of your first wrestling event?**
Let's not kid ourselves, it was a complete and total disaster. I memorized the rulebook and casebook front to back. I practiced my mechanics in front of the TV for weeks. I went to five different clinics when only one was required. I acted as an assistant official on the mat at a tournament and two dual meets. With some assistance, I even called a few matches at one of those dual meets. But when it came time for my first official assignment — when I was completely on my own for the very first time — I was unable to recognize many of the calls that needed to be made at match speed. I was taken to the table by the coaches so many times that I was getting more steps in from that than the competition itself. I walked away from that assignment with my confidence not shaken but completely shattered.

**What advice do you have for someone who is considering becoming an official?**
Stop thinking about it and just do it. If you thought competition was challenging, think again. As a competitor, your responsibilities are limited to you (or to your team). But as an official, your responsibility is to both competitors (or teams), their parents, their extended families and all of their fans. In other words, you are responsible to literally everyone. The risks are on a completely different level, and as the saying goes, the rewards are as well.

**What are some of your goals as an official?**
Of course, the pinnacle of any high school officiating career is to become a State Finals level official, and so it goes without saying that that has been my goal since the outset. Recently, I have also gained an appreciation for traveling to learn best practices from other states and to experience different styles and levels of competition. There are some very high-level national tournaments that I would love the honor of officiating someday.

**What do you remember about your favorite event in your officiating career?**

I have a hard time imagining that any contest will ever top the time that our head clinician put me in charge of the final match that would decide the outcome of one of the most hotly contested varsity dual meets of the year at the end of my second year of officiating. In his defense, he was there as my assistant official, but had either of the head coaches known that it was only my second year … well, this is a family-friendly newsletter, so I'll just leave that to your imagination. Thankfully, it went off without a hitch and the crowd was electric the entire time.

**What thoughts do you have about association membership and its benefits?**

Illinois wrestling is relatively unique among its peer states in that our association is a joint coaches and officials association. This can create conflict, but I think it creates good conflict. Instead of two separate insular associations that behave as echo chambers, our association structure forces us to challenge our assumptions and empathize with our colleagues on the other side of the aisle. In a time when division is so prevalent, our association serves as a refreshing and inspiring model of inclusivity.

**What advice do you have for beginning officials?**

Nothing can fully prepare you for the real thing except the real thing. Bring the same mindset that you brought to competition: resiliency is key. Expect to be imperfect and expect that people will be unhappy about it — incredibly unhappy about it. But also expect that you will learn and grow from those experiences and that they will shape your character for success in all aspects of your life in the long run.

**Tell us about a time you made a mistake and how you learned from it.**

This is such a difficult question to answer because there hasn't been an assignment yet where I haven't made a mistake, so how could I possibly choose just one? That being said, there is one common thread that I think is worth sharing: When a coach challenges a call at the table in a sportsmanlike manner and despite my best efforts, I am not able to get them to see eye-to-eye, I ask them to write down their name and email address and I commit to reviewing the video and following up with them after. This may sound counterintuitive, but I don't actually like it when upon video review it turns out that the call was correct, because then the email comes off as "I was right and you were wrong," no matter how hard you try to prevent that. Despite the hit to my pride, I actually prefer it when it turns out that they were right and I was wrong, because then the email comes off as disarming and they see me as a human being for the first time. How many head coaches get emails from officials admitting a mistake? Let's just say the credibility you gain from that is invaluable.

**How important is it to have mentors and friends in officiating with whom you can share stories, situations, and ask questions?**

I feel so strongly about the need for a diverse group of mentors that I have no reservations whatsoever about going on record as saying that it is virtually impossible to succeed as an official without them. Diversity is key — early in my career I erred by relying on just one individual and taking everything they said as Gospel. Learn from my mistake and crowdsource your feedback. Bounce the same question off at least two senior officials. If there is one thing I have learned, it's that officiating is an art, which means that if you ask the same question of two different officials each with 40 years of experience, you're likely to get three different answers.

And for the avoidance of doubt, that was not a typographical error.

**What still excites you about officiating after all these years?**

Did I mention that I'm an adrenaline junkie? Without fail, every time I get in the car or hop on a plane to head to an assignment, I ask myself why I put myself through the stress. But when the first whistle blows, it all comes rushing back. Whatever our favorite sport is, the fact is that to us that sport is the greatest show on Earth. Make no mistake: no matter how wealthy one might be, there is no better ticket to a front row seat than being an official. No private suite or skybox will ever beat being the lady or gentleman making the call.

**If you could change one rule in wrestling, what would you change … and why?**

Between the decline in sportsmanship overall and the shortage of officials, lately I have been toying with the idea of bringing extra officiating shirts with me. The concept is this: if a wrestler on the team bench makes an unsportsmanlike comment that would normally cost their team a point, they have the choice to either take the team point deduction or put on the striped shirt until the end of the dual.  They walk away with a lesson learned and a little friendly razzing from their teammates, but also a striped shirt that they can hopefully turn into a lucrative career in officiating. I'm only kidding about making this a rule, but hey … one can dream, right?

**What habits do you have that help you study the rules before and during the season?**

There is no easy answer to this question. As a Millennial, I am a card-carrying member of the easily distracted generation. To truly study the rules, I need to get out of the house and away from even the most mundane distractions (like cleaning

COURTESY OF IHSA



**PREGAME Advantage**

APRIL 2022

the rafters) and so that usually means going to Starbucks and pounding coffee to get through it.

**How do you prepare for the season in other ways: association meetings, physical conditioning, video training, etc.?**

Clinics, clinics and clinics. The presentations are helpful, but the real value is in the questions people ask and the discussions that follow. I learn 10 times more from hallway conversations than I do from slides.

**When you are at a game as a spectator, what things do you watch for or notice about the officials?**

Call it a flaw, but I have gotten to the point that I can't watch my sport as a spectator anymore. Don't get me wrong, I still enjoy spectating, but the lens through which I see the sport has completely changed. Gone are the days where I can just enjoy it for what it is. Now, I watch the officials more than I watch the competitors. I'm observing their mechanics, I'm obsessing over their positioning and I'm analyzing their reasoning behind their judgement calls. To be clear, I'm not doing this to judge them … I'm doing this to learn from them.

**What are some officiating skills you use that carry over into your real life (and vice-versa)?**

Coming full circle on my earlier comment about confidence, officiating has taught me that people make instantaneous split-second decisions simply based on how confident they think you are. My first officiating assignment was a complete and total disaster because I lacked confidence and I let the coaches walk all over me as a result. By no means would I ever suggest being either arrogant or confrontational — quite the opposite, actually — but officiating has taught me that calm, cool confidence goes a long way in all aspects of life. To quote former President Theodore Roosevelt: "Speak softly and carry a big stick; you will go far." ■

# YOUR NAME IS PRIVATE PROPERTY

Privacy is a hot issue in today's world and officials need to be especially vigilant in protecting theirs. What personal information should you give, if any? To whom?

Nothing like that friendly coach strolling over before a contest and just wanting "to get to know you." In most cases, it's no big deal to answer some routine questions before the game. Keep it short and professional. Don't volunteer anything and don't fudge about your experience because a coach can verify information you give.

Certainly it depends on the questions, but there is going to be enough going on once the game starts, so you don't want to start off on the wrong foot by telling a coach you would prefer not to talk to him or her. If you encounter a chatty coach, the conversation likely won't involve any requests for your phone number. The best action is to move to another spot and find something to do.

Appearances won't be good if you are talking to any coach for an extended period of time. And how about the friendly, caring fan that stops by your location before a contest and says hi and wants to know your name? At the most, just tell what association or conferences you are from. Hopefully that will make the fan go away.

In the heat of the contest, all of a sudden the coach has forgotten your name and wants you to remind him or her of it — right now! You are trapped in that sense and you can either pretend, "I can't hear you," or provide your name. If the coach has you a little upset, you can always spell it out, nice and slowly with just a touch of sarcasm. Of course, you might kick yourself in the morning if you get overly dramatic with the spelling of your name.

In that situation, providing your name is probably what you need to do. Remember that the coaches will likely have your name anyway, either through the scorebook or a rating card you present before the game. Refusing to identify yourself, or making it difficult for them to do so, makes you look petty.

A situation could also arise when you're standing near an injured player who is receiving medical attention. All of a sudden the coach takes that opportunity to let you know he or she has some serious concerns about your work. The coach wants to know your name and where you're from. In such a situation, it's best to advise the coach to please take care of the player. Then move away and not get into giving out information at that time.

After the game is when the interest in who you are may peak. It's the rare official who has left every assignment without some verbal shots from someone. If you have someone following you to your car and asking your name, a short professional response could be, "My name is (your name here). I'm sorry you're upset." All the while you are heading to a safe harbor. However, there is no responsibility to provide any personal information outside of who you are. If you feel you need, tell them to contact the school, the league or assigner, whichever is appropriate. There is a formal means to obtain that information and that's through the assigning entity or governing body. ■

