# Exhibit 3

**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Goodmorning and fuck @Midwestwrestle who is a pedophile. Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) are both creeps! https://t.co/6C2rzXafNG" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936127149817118890 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:54:44 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:55:27 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | juAdhQfFWq9Qn4N5GxBSM1 |
| Display Name: | MReiss |

PDF REFERENCE #: fsdzXfF9n9Y2dXcxNekLj8





Document title: (2) Presidential Wrestling Club RTC on X: &quot;Goodmorning and fuck @Midwestwrestle who is a pedophile. Cam Kramer (Iowa) and Nima Gharavi…
Capture URL: https://x.com/POTUS_Wrestling/status/1936127149817118890
Capture timestamp (UTC): Tue, 24 Jun 2025 20:55:27 GMT

Case: 1:26-cv-01209 Document #: 1-3 Filed: 06/18/26 Page 5 of 40 PageID #:50



Document title: (2) Presidential Wrestling Club RTC on X: &quot;Goodmorning and fuck @Midwestwrestle who is a pedophile. Cam Kramer (Iowa) and Nima Gharavi...
Capture URL: https://x.com/POTUS_Wrestling/status/1936127149817118890
Capture timestamp (UTC): Tue, 24 Jun 2025 20:55:27 GMT

**PageVault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: ""Don't blast Midwest Wrestle, I was sexualized on his YT and therefor immortal" Bro what? Are you 14? This is real life bad shit." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1937155618827092385 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:04:36 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:05:20 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | wFYFXqdRUXLDzcUPSJSwU3 |
| Display Name: | MReiss |

PDF REFERENCE #:      6hjoNXwnoEcZr24hfH4ATT



Document title: (2) Presidential Wrestling Club RTC on X: &quot;"Don't blast Midwest Wrestle, I was sexualized on his YT and therefor immortal" Bro what? Are you 14?…
Capture URL: https://x.com/POTUS_Wrestling/status/1937155618827092385
Capture timestamp (UTC): Tue, 24 Jun 2025 21:05:20 GMT                                    Page 1 of 2



Document title: (2) Presidential Wrestling Club RTC on X: &quot;"Don't blast Midwest Wrestle, I was sexualized on his YT and therefor immortal" Bro what? Are you 14?...
Capture URL: https://x.com/POTUS_Wrestling/status/1937155618827092385
Capture timestamp (UTC): Tue, 24 Jun 2025 21:05:20 GMT

🔒 **Page**Vault

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@theee_bentley @H4rada999 @Midwestwrestle Thank you for sharing your story Light skinned trick daddy. It's subtle; but this dudes definitely trying to fuck kids. @Midwestwrestle is going he scum if the earth fr fr." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936245157932007841 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:55:32 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:56:04 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 6hFyj48Gkw8nYDDQK3aQqn |
| Display Name: | MReiss |

PDF REFERENCE #:    e7zH895283ToeA2FYmzCd6



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@theee_bentley @H4rada999 @Midwestwrestle Thank you for sharing your story Light skinned trick…
Capture URL: https://x.com/POTUS_Wrestling/status/1936245157932007841
Capture timestamp (UTC): Tue, 24 Jun 2025 20:56:04 GMT

Page 1 of 2

Case: 1:26-cv-07269 Document #: 1-3 Filed: 06/18/26 Page 11 of 40 PageID #:56



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@theee_bentley @H4rada999 @Midwestwrestle Thank you for sharing your story Light skinned trick…
Capture URL: https://x.com/POTUS_Wrestling/status/1936245157932007841
Capture timestamp (UTC): Tue, 24 Jun 2025 20:56:04 GMT

Page 2 of 2

🔒 **PageVault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@Stealy_phil @Midwestwrestle Fuck bro, his real at is @Midwest_Wrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936550618744672529 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:07:12 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:07:43 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 6oPF3ErnWuFgKa66GaU1qm |
| Display Name: | MReiss |

PDF REFERENCE #:    2LJNkegds8CDYLJarTmGqq



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@Stealy_phil @Midwestwrestle Fuck bro, his real at is @Midwest_Wrestle&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936550618744672529
Capture timestamp (UTC): Tue, 24 Jun 2025 21:07:43 GMT

Case: 1:26-cv-07259 Document #: 1-3 Filed: 06/18/26 Page 14 of 40 PageID #:59



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@Stealy_phil @Midwestwrestle Fuck bro, his real at is @Midwest_Wrestle&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936550618744672529
Capture timestamp (UTC): Tue, 24 Jun 2025 21:07:43 GMT

**PageVault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@handsometuesda9 @Midwestwrestle Dude I think he's currently suing @MatScouts1 At least @greentoepalacio maybe said that" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936145631145259019 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:56:58 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:57:30 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 6U9HrSAaR79EKidWYqWvoW |
| Display Name: | MReiss |

PDF REFERENCE #:     cgUqaFjPayxpcrSwovxAZw

Case: 1:26-cv-07269 Document #: 1-3 Filed: 06/18/26 Page 16 of 40 PageID #:61



# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**Presidential Wrestling Club …** @POTUS_Wrestl... · Jun 20
Goodmorning and fuck @Midwestwrestle who is a pedophile. Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) are both creeps!

5    2    32    17K

**Suriano's Burner** @handsometuesda9 · Jun 20
Couldn't agree more

1    2    1K

**Presidential Wrestling Club RTC** @POTUS_Wrestling
Dude I think he's currently suing @MatScouts1

At least @greentoepalacio maybe said that

7:34 PM · Jun 20, 2025 · **1,003** Views

2    3

Post your reply    **Reply**

**Suriano's Burner** @handsometuesda9 · Jun 20
I'm sure that pedo will get far with that

1    3    599

**Presidential Wrestling Club …** @POTUS_Wrestl... · Jun 20
I say let it go to court, let's see what comes when they dig into this Nima Gharavi guy.

5    541

**Jeremy Eusterwiemann** @wiems19 · Jun 21
I saw some pictures from a tournament from last year with our club... That i had never seen before from the midwest wrestler i was disgusted.... That doesnt happen by accident. Im pretty sure willie on podcast talks about him. Even we t as far to say it was cyberlinked on poen site

2    60

## Relevant people

**Presidential Wres...** @POTUS_Wrestling    **Follow**
Old head, Unc, UFC Fan, Wrestling SICKO, and saying things no one else wants to say. Usually hating on PSU. Not actually political. 1989 NCAA Qualifier (jk).

**Suriano's Burner** @handsometuesda9    **Follow**
Nick Suriano Lover, Nebraska Wrestling Enthusiast

## What's happening

**Nationals at Padres**
Starts at 9:40 PM

Sports · Trending
**Leroy Sane**
3,038 posts

Politics · Trending
**Bernie**
37.7K posts

Trending
**#WhySpaceAliensAvoidEarth**

Sports · Trending
**Poole**
Trending with Pelicans, Wizards
19.2K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
More ···    © 2025 X Corp.

Messages

Document title: (2) Presidential Wrestling Club RTC on X: &quot;@handsometuesda9 @Midwestwrestle Dude I think he's currently suing @MatScouts1 At least…
Capture URL: https://x.com/POTUS_Wrestling/status/1936145631145259019
Capture timestamp (UTC): Tue, 24 Jun 2025 20:57:30 GMT
Page 1 of 2

Case: 1:26-cv-07269 Document #: 1-3 Filed: 06/18/26 Page 17 of 40 PageID #:62



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@handsometuesda9 @Midwestwrestle Dude I think he's currently suing @MatScouts1 At least…
Capture URL: https://x.com/POTUS_Wrestling/status/1936145631145259019
Capture timestamp (UTC): Tue, 24 Jun 2025 20:57:30 GMT

Page 2 of 2

**PageVault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@handsometuesda9 @Midwestwrestle @MatScouts1 @greentoepalacio I say let it go to court, let's see what comes when they dig into this Nima Gharavi guy." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936147359781531712 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:56:14 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:56:44 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 2hhvJFLDfxZa2BWVvKSHnG |
| Display Name: | MReiss |

PDF REFERENCE #:    uCNew7FjRLy7LkE8egkPRg



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@handsometuesda9 @Midwestwrestle @MatScouts1 @greentoepalacio I say let it go to court, let's se…
Capture URL: https://x.com/POTUS_Wrestling/status/1936147359781531712
Capture timestamp (UTC): Tue, 24 Jun 2025 20:56:44 GMT
Page 1 of 2



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@handsometuesda9 @Midwestwrestle @MatScouts1 @greentoepalacio I say let it go to court, let's se…
Capture URL: https://x.com/POTUS_Wrestling/status/1936147359781531712
Capture timestamp (UTC): Tue, 24 Jun 2025 20:56:44 GMT

PageVault

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Nima Gharavi looks dubious, and it's bc he is. He's at best encouraging the sexualization of kids, he's at worst…. Well you know. Singlets are antiquated, let's not give sickos motivation. @Midwestwrestle wouldn't be able to edit photos to emphasis certain parts in fight shorts https://t.co/xSJJDKcGfz" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936147028691894744 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:53:34 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:54:03 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | nqrdr5W4nLrTgNUvX7K2v5 |
| Display Name: | MReiss |

PDF REFERENCE #:    cjynZwxUF9Kym8Kz4Ao3yn

**Post**





Document title: (2) Presidential Wrestling Club RTC on X: &quot;Nima Gharavi looks dubious, and it's bc he is. He's at best encouraging the sexualization of kids, he's at…
Capture URL: https://x.com/POTUS_Wrestling/status/1936147028691894744
Capture timestamp (UTC): Tue, 24 Jun 2025 20:54:03 GMT

Case: 1:26-cv-07269 Document #: 1-3 Filed: 06/18/26 Page 24 of 40 PageID #:69



Document title: (2) Presidential Wrestling Club RTC on X: &quot;Nima Gharavi looks dubious, and it's bc he is. He's at best encouraging the sexualization of kids, he's at…

Capture URL: https://x.com/POTUS_Wrestling/status/1936147028691894744

Capture timestamp (UTC): Tue, 24 Jun 2025 20:54:03 GMT

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@TheBrownKind @Midwestwrestle As adults, the onus is on us to protect our children even if they don't understand or get it." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936462319845863867 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:10:10 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:10:36 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | kW7K31TUpmCLEPreTxJfxr |
| Display Name: | MReiss |

PDF REFERENCE #: fZ6bSiKSDwE6d1hc6sPMvv





Document title: (2) Presidential Wrestling Club RTC on X: &quot;@TheBrownKind @Midwestwrestle As adults, the onus is on us to protect our children even if they don't…

Capture URL: https://x.com/POTUS_Wrestling/status/1936462319845863867

Capture timestamp (UTC): Tue, 24 Jun 2025 21:10:36 GMT

**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "I wouldn't be caught dead posting this shit. @Midwestwrestle is a pedophile. Plain and simple. Nima Gharavi is the name. https://t.co/YAzkabbtFK" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936146038202433773 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:57:35 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:58:04 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | 5q8A9EgdCJg2qFoD1f4XKG |
| Display Name: | MReiss |

PDF REFERENCE #: 3nZWTKgLN2Kkjk8B9rnDKA







Document title: (2) Presidential Wrestling Club RTC on X: &quot;I wouldn't be caught dead posting this shit. @Midwestwrestle is a pedophile. Plain and simple. Nima…

Capture URL: https://x.com/POTUS_Wrestling/status/1936146038202433773

Capture timestamp (UTC): Tue, 24 Jun 2025 20:58:04 GMT

Page 3 of 3

**PageVault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Nima Gharavi as Silence of The Lambs Creepy dungeon guy. @Midwestwrestle https://t.co/sxV04qstqM" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936156289736093948 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:58:58 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:59:25 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | iMCjvZcitFaTYKZ6VJgzcT |
| Display Name: | MReiss |



Document title: (2) Presidential Wrestling Club RTC on X: &quot;Nima Gharavi as Silence of The Lambs Creepy dungeon guy. @Midwestwrestle https://t.co/…
Capture URL: https://x.com/POTUS_Wrestling/status/1936156289736093948
Capture timestamp (UTC): Tue, 24 Jun 2025 20:59:25 GMT
Page 1 of 2

Case: 1:26-cv-07289 Document #: 1-3 Filed: 06/18/26 Page 34 of 40 PageID #:79



Document title: (2) Presidential Wrestling Club RTC on X: &quot;Nima Gharavi as Silence of The Lambs Creepy dungeon guy. @Midwestwrestle https://t.co/…
Capture URL: https://x.com/POTUS_Wrestling/status/1936156289736093948
Capture timestamp (UTC): Tue, 24 Jun 2025 20:59:25 GMT

**PageVault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "I have it on GREAT record that @Midwestwrestle is in fact Suing a popular media figure for defamation Nina Gharavi's his "alleged" pedophilic acts." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936164983504613530 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:53:01 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:53:28 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 8t9YRuScciu2YZHn8y8dTi |
| Display Name: | MReiss |

PDF REFERENCE #: dwSgSfjc2rpq4bYKXWjENZ



Document title: (2) Presidential Wrestling Club RTC on X: &quot;I have it on GREAT record that @Midwestwrestle is in fact Suing a popular media figure for defamation…

Capture URL: https://x.com/POTUS_Wrestling/status/1936164983504613530

Capture timestamp (UTC): Tue, 24 Jun 2025 20:53:28 GMT

Page 1 of 2

Case: 1:26-cv-07289 Document #: 1-3 Filed: 06/18/26 Page 37 of 40 PageID #:82



Show replies

Relevant people

**Presidential Wres...**
@POTUS_Wrestling

Follow

Old head, Unc, UFC Fan, Wrestling SICKO, and saying things no one else wants to say. Usually hating on PSU. Not actually political. 1989 NCAA Qualifier (jk).

**What's happening**

**Nationals at Padres**
Starts at 9:40 PM

News · Trending
**CNN and NYT**

Only on X · Trending
**#WhySpaceAliensAvoidEarth**

Food industry · Trending
**Red Lobster**
9,950 posts

Sports · Trending
**Poole**
Trending with Pelicans, Wizards
19K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
More ··· © 2025 X Corp.

Messages

**PageVault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@WrestlingHotTa1 @Midwestwrestle True, In my personally opinion though I think Midwest Wrestle should get fucked by a cactus" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936499758920523968 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:09:35 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:10:02 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | nfcftsUpij5McShFzLV1r6 |
| Display Name: | MReiss |

PDF REFERENCE #:      554EXar4gkaqmmMnBKaSyh



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@WrestlingHotTa1 @Midwestwrestle True, In my personally opinion though I think Midwest Wrestle…
Capture URL: https://x.com/POTUS_Wrestling/status/1936499758920523968
Capture timestamp (UTC): Tue, 24 Jun 2025 21:10:02 GMT
Page 1 of 2

