# Exhibit 4

**🔒 PageVault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Good morning and fuck you Nima Gharavi and Cam Kramer @Midwestwrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936418232933748761 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:51:23 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:51:56 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | tGpRK2Vv8S7m9icvUtHA98 |
| Display Name: | MReiss |

PDF REFERENCE #:     4X8uzda7QcGibh42N6rEN1



Document title: (2) Presidential Wrestling Club RTC on X: &quot;Good morning and fuck you Nima Gharavi and Cam Kramer @Midwestwrestle&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936418232933748761
Capture timestamp (UTC): Tue, 24 Jun 2025 20:51:56 GMT



**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "his real at is @Midwest_Wrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936550676269605026 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:06:40 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:07:08 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | ek4TUDyo5Vqwn7QXny2nd5 |
| Display Name: | MReiss |

PDF REFERENCE #:     5ufxC67HQ2Dp8GmQMHqkQH



Document title: (2) Presidential Wrestling Club RTC on X: &quot;his real at is @Midwest_Wrestle&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936550676269605026
Capture timestamp (UTC): Tue, 24 Jun 2025 21:07:08 GMT

Page 1 of 2



Document title: (2) Presidential Wrestling Club RTC on X: &quot;his real at is @Midwest_Wrestle&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936550676269605026
Capture timestamp (UTC): Tue, 24 Jun 2025 21:07:08 GMT

**🔒 PageVault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "It's always a good day to blast a creep, in case you don't know the @Midwestwrestle (aka Nima Gharavi) and Cam Kramer lore: Thanks for those chiming in with more background on this PIECE of SHIT https://t.co/4L27MtNkL2" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936422835066437981 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:52:09 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:52:42 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | siuisGoX8nsgT19N42vk3B |
| Display Name: | MReiss |

PDF REFERENCE #:     mCc8ZH3tmPBvR1HnZ4EwBB



Case: 1:26-cv-07269 Document #: 1-4 Filed: 06/18/26 Page 10 of 19 PageID #:95



Document title: (2) Presidential Wrestling Club RTC on X: &quot;It's always a good day to blast a creep, in case you don't know the @Midwestwrestle (aka Nima Gharav…
Capture URL: https://x.com/POTUS_Wrestling/status/1936422835066437981
Capture timestamp (UTC): Tue, 24 Jun 2025 20:52:42 GMT



Document title: (2) Presidential Wrestling Club RTC on X: &quot;It's always a good day to blast a creep, in case you don't know the @Midwestwrestle (aka Nima Gharav…
Capture URL: https://x.com/POTUS_Wrestling/status/1936422835066437981
Capture timestamp (UTC): Tue, 24 Jun 2025 20:52:42 GMT

PageVault

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Fuck bro, his real at is @Midwest_Wrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936550569549680825 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:07:49 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:08:14 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | hH7JCv9bbiUbUHJUoPWeMY |
| Display Name: | MReiss |

PDF REFERENCE #: rApweWaFc7ikZoifpesVEh



Document title: (2) Presidential Wrestling Club RTC on X: &quot;Fuck bro, his real at is @Midwest_Wrestle&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936550569549680825
Capture timestamp (UTC): Tue, 24 Jun 2025 21:08:14 GMT



Document title: (2) Presidential Wrestling Club RTC on X: &quot;Fuck bro, his real at is @Midwest_Wrestle&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936550569549680825
Capture timestamp (UTC): Tue, 24 Jun 2025 21:08:14 GMT

**PageVault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Fuck bro, his real at is @Midwest_Wrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936550497483120768 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:58:16 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:58:54 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | eh2kT5CX38KvCgJceFqjX3 |
| Display Name: | MReiss |

PDF REFERENCE #: rZjGMKtCm61YRRniZ14oi4



**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Fuck bro, his real at is @Midwest_Wrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936550525627220437 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:08:17 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:08:43 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | f61qrXQjdqTueFncu9GoWN |
| Display Name: | MReiss |

PDF REFERENCE #:          3pMZUXAAtenj2q7LpFLynf



Document title: (2) Presidential Wrestling Club RTC on X: &quot;Fuck bro, his real at is @Midwest_Wrestle&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936550525627220437
Capture timestamp (UTC): Tue, 24 Jun 2025 21:08:43 GMT



Document title: (2) Presidential Wrestling Club RTC on X: &quot;Fuck bro, his real at is @Midwest_Wrestle&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936550525627220437
Capture timestamp (UTC): Tue, 24 Jun 2025 21:08:43 GMT