# Exhibit 5

**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "This is an incredibly weird way to categorize wrestling videos right? @Midwest_Wrestle https://t.co/TRgYPpNJgF" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936788448146317488 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:50:16 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:51:01 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 7 |
| Capture ID: | idCMwYxH597R2ockBticaF |
| Display Name: | MReiss |

PDF REFERENCE #: fn4GJd9R8gSnQJquNYQq7g



Document title: (2) Presidential Wrestling Club RTC on X: &quot;This is an incredibly weird way to categorize wrestling videos right? @Midwest_Wrestle https://t.co/...
Capture URL: https://x.com/POTUS_Wrestling/status/1936788448146317488
Capture timestamp (UTC): Tue, 24 Jun 2025 20:51:01 GMT

Page 1 of 6



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Post**

youtube.com — Private

2:08 PM · Jun 22, 2025 · **29K** Views

14    🔁    ♡ 51    🔖 13    ⬆️

Post your reply    **Reply**

**Chris Nelson** ✔ @StrategicCPT · Jun 22
"Men's Grade School" in the bio., too. JFC.
💬 1    🔁    ♡ 4    📊 2.8K    🔖 ⬆️

**Presidential Wrestling Club ...** @POTUS_Wrestl... · Jun 22 Ø ...
Dudes a piece of shit and should be under the prison, but that would be too light on him tbh.

Idk what to do but I hate this
💬 1    🔁    ♡ 17    📊 2.7K    🔖 ⬆️

Show replies

**Sam Sutton** ✔ @samsu1tonRH · Jun 22
How has this guy not been put in jail yet 😂 been doin this for like 10 years
💬    🔁    ♡ 3    📊 1.5K    🔖 ⬆️

**heyitszay** @zayhennyhendrix · Jun 22
Didn't that dude get arrested for child porn or sum like that
💬 1    🔁    ♡ 3    📊 1K    🔖 ⬆️

**Andy Hrovat** @AndyHrovat · Jun 23
Everything about his account is creepy. No parent should ever let their kid anywhere near him. Allegedly he posts the links on porn sites to get views.
💬    🔁    ♡ 1    📊 229    🔖 ⬆️

**scott** @scott56920844 · Jun 22
(1/2) I Stumbled on his Youtube page before I had any clue who he was and didn't really notice anything weird until I read a few of the comments.  They were like 'The wrestler in blue is so muscular and mounts his opponent with such grace.  What a great effort!'
💬 1    🔁 1    ♡ 8    📊 2.8K    🔖 ⬆️

**infa** @InfaWrest · Jun 22
europe has one of these guys too, the comments are disgusting

▶ Shorts
Don't come close... 😍 💪 #greco    2 points now! 💪 💪 #giveitome #ittakest...    Get down on it.. 🔥 ⚡ #headfirst ...    Hey hey bye bye! 💪 😍 #youthwrestling    Look what you've done! 😍 🍑 #starboy ...
94K views    165K views    75K views    68K views    458K views

💬 1    🔁    ♡ 14    📊 2.6K    🔖 ⬆️

**Nakaylen Shabazz** @NakaylenS · Jun 22
that's wild 😭 that's literally me on the front page of the 125-126 lb weight class

**Relevant people**

**Presidential Wres...** @POTUS_Wrestling    **Follow**
Old head, Unc, UFC Fan, Wrestling SICKO, and saying things no one else wants to say. Usually hating on PSU. Not actually political. 1989 NCAA Qualifier (jk).

**What's happening**

**Nationals at Padres**
Starts at 9:40 PM

News · Trending
**CNN and NYT**

News · Trending
**Early US**
21.4K posts

Trending in United States
**Colbert**
25.4K posts

Sports · Trending
**Poole**
Trending with Pelicans, Wizards
18.9K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
More ··· © 2025 X Corp.

**Messages**



Document title: (2) Presidential Wrestling Club RTC on X: &quot;This is an incredibly weird way to categorize wrestling videos right? @Midwest_Wrestle https://t.co/...
Capture URL: https://x.com/POTUS_Wrestling/status/1936788448146317488
Capture timestamp (UTC): Tue, 24 Jun 2025 20:51:01 GMT





Document title: (2) Presidential Wrestling Club RTC on X: &quot;This is an incredibly weird way to categorize wrestling videos right? @Midwest_Wrestle https://t.co/…
Capture URL: https://x.com/POTUS_Wrestling/status/1936788448146317488
Capture timestamp (UTC): Tue, 24 Jun 2025 20:51:01 GMT



🔒 **PageVault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Bro is literally in the creeps pics…. what. the. fuck." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936939866425901486 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:00:12 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:00:39 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | jtb7vwtEZrziQ8X2Qgbw7z |
| Display Name: | MReiss |

PDF REFERENCE #: 4HXiaHh6SzVEWP5vNuC5VJ



Document title: (2) Presidential Wrestling Club RTC on X: &quot;Bro is literally in the creeps pics…. what. the. fuck.&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936939866425901486
Capture timestamp (UTC): Tue, 24 Jun 2025 21:00:39 GMT

Page 1 of 1

🔒 **Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@StrategicCPT @Midwest_Wrestle Dudes a piece of shit and should be under the prison, but that would be too light on him tbh. Idk what to do but I hate this" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936812924065947991 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:06:02 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:06:30 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | w3RkdcDKEm67nmb4jmjq1U |
| Display Name: | MReiss |



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@StrategicCPT @Midwest_Wrestle Dudes a piece of shit and should be under the prison, but that woul…
Capture URL: https://x.com/POTUS_Wrestling/status/1936812924065947991
Capture timestamp (UTC): Tue, 24 Jun 2025 21:06:30 GMT

Page 1 of 2



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@StrategicCPT @Midwest_Wrestle Dudes a piece of shit and should be under the prison, but that woul…
Capture URL: https://x.com/POTUS_Wrestling/status/1936812924065947991
Capture timestamp (UTC): Tue, 24 Jun 2025 21:06:30 GMT

**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Rhino, you are a fucking pussy who apologized to a pedophile and creep. Several (multiple) media members STOOD ON BUSINESS and told @Midwest_Wrestle to kick rocks with his lawsuit (RHINO DID NOT). He is a creep and you saying sorry is softer than baby shit." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936809319741211076 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:54:08 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:54:38 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | bwqttY7pUeBinN2PR3CQaU |
| Display Name: | MReiss |



Document title: (2) Presidential Wrestling Club RTC on X: &quot;Rhino, you are a fucking pussy who apologized to a pedophile and creep. Several (multiple) media…
Capture URL: https://x.com/POTUS_Wrestling/status/1936809319741211076
Capture timestamp (UTC): Tue, 24 Jun 2025 20:54:38 GMT

Page 1 of 2

