# Exhibit 6

**PageVault**

| | |
|---|---|
| Document title: | Carmine Ferrari on X: "19,000 views on a video of kids with their parts accentuated should single handedly end the debate singlet v. 2-piece debate. Maybe it never affected you or your family— but these are someone's fucking kids. https://t.co/BiekMSPczB" / X |
| Capture URL: | https://x.com/WellHungFerrari/status/1977733054694137914 |
| Page loaded at (UTC): | Fri, 17 Oct 2025 14:13:41 GMT |
| Capture timestamp (UTC): | Fri, 17 Oct 2025 14:14:41 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 2 |
| Capture ID: | s5PoYhvqDUnFDPWHPaxZdc |
| Display Name: | kmatheson |

PDF REFERENCE #:     sR1TvKnns1pNSojrKnWx5h



**Post**

**New to X?**

Sign up now to get your own personalized timeline!

G Sign up with Google

🍎 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Carmine Ferrari**
@WellHungFerrari
···

19,000 views on a video of kids with their parts accentuated should single handedly end the debate singlet v. 2-piece debate.

Maybe it never affected you or your family— but these are someone's fucking kids.

5:11

132 –                                          ⋮

Midwest Wrestle · 19K views · 1 month ago

👤 Midwest Wrestle

> 👤 **Cognac J** 🏴 @Yuno_Mal · Oct 11
> I think it's hilarious that at WNO everyone wears a two piece, because subconsciously we all know that it's superior to the singlet 😂

1:47 PM · Oct 13, 2025 · **821** Views

💬 2          🔁          ♡ 3          🔖          ⬆️

**What's happening**

**Rushmore**
LIVE

Trending worldwide
**#RejectCyberCrimeLaw**
82.1K posts

Trending worldwide
**FAYMAY HEALED BY HEARTS**
1,830 posts

Only on X · Trending
**#yublog**

Trending worldwide
**#รักปากแข็งEP11**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More ···    © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in       Sign up

Document title: Carmine Ferrari on X: &quot;19,000 views on a video of kids with their parts accentuated should single handedly end the debate singlet v. 2-piece debat...
Capture URL: https://x.com/WellHungFerrari/status/1977733054694137914
Capture timestamp (UTC): Fri, 17 Oct 2025 14:14:41 GMT

Page 1 of 1

**Page Vault**

| | |
|---|---|
| Document title: | Carmine Ferrari on X: "By the way, if you didn't know— @Midwest_wrestle is a fucking pedo piece of shit." / X |
| Capture URL: | https://x.com/WellHungFerrari/status/1977733056950673700 |
| Page loaded at (UTC): | Fri, 17 Oct 2025 20:30:55 GMT |
| Capture timestamp (UTC): | Fri, 17 Oct 2025 20:31:21 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 2 |
| Capture ID: | oq1trPUSrJ2hajBA1FJHe1 |
| Display Name: | kmatheson |

PDF REFERENCE #:        4rWTtLDvRJtg4aSicwX5qJ



Document title: Carmine Ferrari on X: &quot;By the way, if you didn't know— @Midwest_wrestle is a fucking pedo piece of shit.&quot; / X
Capture URL: https://x.com/WellHungFerrari/status/1977733056950673700
Capture timestamp (UTC): Fri, 17 Oct 2025 20:31:21 GMT