**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., | Case No. 26-cv-07209 |
| Plaintiff, | |
| v. | |
| DAVID J. ELI, | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs Nima Gharavi ("Nima") and Right Call Officials, Inc. ("RCO") (together "Plaintiffs") file this Motion requesting leave to file portions of the Complaint, and Exhibits 2-6 to the Complaint, under seal.

This is an action arising from a series of social media posts which include inflammatory and defamatory accusations and unauthorized copies, displays, reproductions, and/or derivative works incorporating Nima's federally registered copyrighted works (the "Copyrighted Works"). The Copyrighted Works are photographs or videos of wrestling matches including minors, and the titles of the Copyrighted Works include the names of minors competing in the wrestling matches. Defendant's unauthorized use of the Copyrighted Works in connection with his defamatory and inflammatory accusations has debased the Copyrighted Works as well as the names, images, and likeness of the minors in the Copyrighted Works.

Accordingly, pursuant to Local Rule 5.2, and because of the specific inflammatory and defamatory accusations made by Defendant, Plaintiffs seek leave to file a redacted Complaint and Exhibits 2-6 of the Complaint. The Complaint includes the titles of the Copyrighted Works and a

screenshot of one of Defendant's social media posts. Exhibit 2 to the Complaint are the copyright registration and deposit materials, or excerpts of deposit materials. Exhibits 3-6 to the Complaint are screenshots of the social media posts at issue in this case.

To protect the safety and confidentiality of minors who are not parties to this case, Plaintiffs respectfully request the Court grant leave to file portions of the Complaint and Exhibits 2-6 to the Complaint under seal.

Dated this 18th day of June 2026.
Respectfully submitted,

/s/ Jennifer V. Nacht
Amy C. Ziegler
Allyson Martin
Jennifer V. Nacht
Justin T. Joseph
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
amartin@gbc.law
jnacht@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiffs*
*Nima Gharavi and Right Call Officials, Inc.*

2