**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., | Case No. 26-cv-07029 |
| Plaintiffs, | **Judge Andrea R. Wood** |
| v. | **Magistrate Judge Heather K. McShain** |
| DAVID J. ELI, | |
| Defendant. | |

**PLAINTIFFS' MOTION TO STRIKE AND FILE CORRECTED DOCUMENT**

Plaintiffs Nima Gharavi ("Nima") and Right Call Officials, Inc. ("RCO") (together "Plaintiffs") respectfully request that Exhibit 2 to the Complaint [1-2] be stricken from the docket so Plaintiffs may file a corrected document.

Exhibit 2 to the Complaint [1-2] are the copyright registrations and deposit materials, or excerpts of deposit materials, with names and images of minors redacted.  *See* [3].  While the filed document itself is fully redacted, the document inadvertently has embedded bookmarks which include the titles of the copyright registrations with names of minors.  Accordingly, Plaintiffs respectfully request the Court strike Exhibit 2 to the Complaint [1-2] from the docket so Plaintiffs may file a corrected document without the embedded bookmarks.

Dated this 22nd day of June 2026.        Respectfully submitted,

/s/ Jennifer V. Nacht
Amy C. Ziegler
Allyson Martin
Jennifer V. Nacht
Justin T. Joseph
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
amartin@gbc.law
jnacht@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiffs*
*Nima Gharavi and Right Call Officials, Inc.*

2