## AFFIDAVIT OF SERVICE

| Case:<br>26-cv-07209 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION | County: | Job:<br>16552585 (26-cv-07209) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., | | **Defendant / Respondent:**<br>DAVID J. ELI, | |
| **Received by:**<br>Forseti Collective LLC | | **For:**<br>North Shore Legal Services | |
| **To be served upon:**<br>DAVID J. ELI | | | |

I, Daniel Foster, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   DAVID J. ELI, 51485 Timberline Trace West, Granger, IN 46530

**Manner of Service:**   Personal/Individual, Aug 7, 2026, 11:21 am EDT

**Documents:**   Alias Summons and Complaint unredacted and Complaint redacted (Received Aug 6, 2026 at 1:23pm EDT)

**Additional Comments:**
1) Successful Attempt: Aug 7, 2026, 11:21 am EDT at 51485 Timberline Trace West, Granger, IN 46530 received by DAVID J. ELI. Age: 30; Ethnicity: Caucasian; Gender: Male; Weight: 185; Height: 6'; Hair: Black; Eyes: Brown;

_Daniel S Foster_                                   08/07/2026

Daniel Foster                                        **Date**