## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Nima Gharavi and Right Call Officials, Inc. v. David J. Eli        Case Number: 1:26-cv-7209

An appearance is hereby filed by the undersigned as attorney for:
Defendant David J. Eli

Attorney name (type or print):  Erin K. Russell

Firm:    The Russell Firm, LLC

Street address:      10 S. Riverside Plaza, Suite 875

City/State/Zip:    Chicago, IL 60606

Bar ID Number:  6287255
(See item 3  in instructions)                          Telephone Number:    312-994-2424

Email Address: erin@russellfirmip.com

Are you acting as lead counsel in this case?                        ☒ Yes      ☐ No

Are you acting as local counsel in this case?                      ☐ Yes      ☒ No

Are you a member of the court's trial bar?                          ☐ Yes      ☒ No

If this case reaches trial, will you act as the trial attorney?        ☒ Yes      ☐ No

If this is a criminal case, check your status.        ☐      Retained Counsel

☐      Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 14, 2026

Attorney signature:      S/ Erin K. Russell

(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015