IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case Number: 1:26-cv-7209 |
| DAVID J. ELI, | ) | Hon Andrea R. Wood<br>Mag. Heather K. McShain |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AND TO RESET INITIAL STATUS HEARING

COMES NOW Defendant David J. Eli, by and through counsel, and in support of his unopposed first motion for extension of time to answer or otherwise plead pursuant to FRCP 6(b)(1)(A) and to reset the initial status hearing currently scheduled for September 15, 2026, showing the Court as follows:

1. Plaintiffs filed their Complaint on June 18, 2026. (Dkt. #1).
2. Defendant was served on August 7, 2026. The deadline for Defendant to answer or otherwise plead is August 28, 2026.
3. On August 17, 2026, the undersigned sent an email addressed to all of the Plaintiff's counsel listed on the docket requesting a 30-day extension of time to answer or otherwise plead to Plaintiffs' Complaint. This would extend the deadline for Defendant to answer or otherwise plead to September 28, 2026.
4. On that date, Attorney Jennifer Nacht, one of the attorneys for Plaintiffs, responded via email and indicated that Plaintiffs do not oppose the requested extension.
5. No party to this action will be prejudiced by the Court granting the relief sought herein.

6. This request is not designed for the purposes of delay or to frustrate the orderly resolution of this matter.

WHEREFORE, Defendant David J. Eli respectfully requests that this Court grant his first unopposed motion for extension of time to answer or otherwise plead and direct Defendant to do so no later than Monday, September 28, 2026, and reset the initial status hearing to a date after the new response deadline for Defendant.

Respectfully submitted,

/s/ Erin K. Russell
Erin K. Russell, Esq.
The Russell Firm,
10 S. Riverside Plaza, Suite 875
Chicago, IL 60606
T: 312-994-2424
erin@russellfirmip.com

CERTIFICATE OF SERVICE

This is to certify that on August 18, 2026, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record.

/s/ Erin K. Russell