# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Nima Gharavi and Right Call Officials, Inc. v. David J. Eli

Case Number: 26-cv-07209

An appearance is hereby filed by the undersigned as attorney for:

Nima Gharavi and Right Call Officials, Inc.

Attorney name (type or print): Hannah A. Abes

Firm: Greer, Burns & Crain LTD.

Street address: 200 W. Madison Street, Suite 2100

City/State/Zip: Chicago / Illinois / 60606

Bar ID Number: 6348909
(See item 3 in instructions)

Telephone Number: 312-360-0080

Email Address: habes@gbc.law

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 12, 2026

Attorney signature: S/ Hannah A. Abes
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023