**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., Plaintiffs, v. DAVID J. ELI, Defendant. | Case No. 26-cv-07209<br>**Judge Andrea R. Wood**<br>**Magistrate Judge Heather K. McShain** |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs Nima Gharavi ("Nima") and Right Call Officials, Inc. ("RCO") (together, "Plaintiffs") respectfully requests that this Court grant Justin T. Joseph leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Justin T. Joseph has been one of the attorneys of record for Plaintiff.
2. Mr. Joseph will be leaving the law firm of Greer, Burns & Crain, Ltd.
3. Plaintiff will continue to be represented by the undersigned counsel from the firm of Greer, Burns & Crain, Ltd.

WHEREFORE, Plaintiff respectfully requests that the Court grant Justin T. Joseph leave to withdraw as one of the attorneys of record in this action.

Dated this 16th day of November 2026

Respectfully submitted,

/s/ Justin T. Joseph
Amy C. Ziegler
Allyson Martin
Jennifer V. Nacht
Justin T. Joseph
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
amartin@gbc.law
jnacht@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiffs*
*Nima Gharavi and Right Call Officials, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of Electronic Filing" to the attorneys of record.

s/ Justin T. Joseph
Amy C. Ziegler
Allyson Martin
Jennifer V. Nacht
Justin T. Joseph
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
amartin@gbc.law
jnacht@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiffs*
*Nima Gharavi and Right Call Officials, Inc.*